x:\tc52468\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
VILMA ASPIAZU,

          Plaintiffs,    NOTICE OF
                   ADOPTION
 -against-
                   08 CIV 2564

160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, 90 CHURCH STREET LIMITED
PARTNERSHIP, AMBIENT GROUP, INC.,
BELFOR USA GROUP, INC., BOSTON
PROPERTIES, INC., G.L.O. MANAGEMENT,
INC., STRUCTURE TONE (UK), INC., AND
STRUCTURE TONE GLOBAL SERVICES,
INC., ET AL

          Defendants.
------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       July 14, 2008

                                    _____
                                    WILLIAM D. JOYCE, III (WDJ 9899)
                                    BARRY, McTIERNAN & MOORE
                                    Attorneys for Defendants
                                    STRUCTURE TONE, INC. s/h/a
                                    STRUCTURE TONE (UK), INC. and
                                    STRUCTURE TONE GLOBAL SERVICES, INC.
                                    2 Rector Street – 14th Floor
                                    New York, New York  10006
                                    (212) 313-3600